IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MAURICE REID,

    Petitioner,

v.

WARDEN, ROSS CORRECTIONAL
INSTITUTION,

    Respondent.

CASE NO. C2-10-80
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

### ORDER

On March 17, 2011, the Magistrate Judge issued a Report and Recommendation indicating that ground four of the petition was without merit and that this case be dismissed. All parties were notified that objections needed to be filed within fourteen (14) days of the Order. No objections have been received.

The Court has reviewed the Report and Recommendation. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and concludes that ground four is without merit and that this case should be dismissed.

Based upon the foregoing, this case is **DISMISSED**. The Clerk shall enter **FINAL JUDGMENT**.

IT IS SO ORDERED.

3-31-2011
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE