AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MAURICE REID,**

       **Petitioner,**

                               **JUDGMENT IN A CIVIL CASE**

**vs.**

                               **CASE NO. C2-10-80**

**WARDEN, ROSS CORRECTIONAL**    **JUDGE EDMUND A. SARGUS, JR.**
**INSTITUTION,**                         **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Respondent.**

\_\_\_   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

Pursuant to the Order filed March 31, 2011, JUDGMENT is hereby entered DISMISSING this case.


Date: March 31, 2011                                 JAMES BONINI, CLERK


                                                     */S/ Andy F. Quisumbing*
                                                     (By) Andy F. Quisumbing
                                                     Courtroom Deputy Clerk